IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BATTLE-ABC, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>SOLDIER SPORTS, LLC, and JEFFREY EVANS,<br><br>                Defendants. | **8:18CV508**<br><br>**ORDER** |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

      Dated this 24th day of July, 2019.

                                            BY THE COURT:

                                            s/ Susan M. Bazis<br>
                                            United States Magistrate Judge